UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

GLORIA J. EDWARDS

                                                          : Chapter 13

        Debtor(s)                        : Bankruptcy No. 19-10577JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: October 21, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRUCE J TRAWICK, ESQ
AFSCME DC33 LEGAL SERVICES PLAN
3001 WALNUT ST   10TH FLR
PHILADELPHIA PA 19104-

GLORIA J. EDWARDS
1627 FARRINGTON RD.
PHILADELPHIA, PA 19151